**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>JOSE A. TORRES NEGRON<br>LEOMARY B. CINTRON SANTIAGO<br><br><u>Debtor</u><br>JOSE A. TORRES NEGRON<br>LEOMARY B. CINTRON SANTIAGO<br>AND THE CONJUGAL PARTNERSHIP<br>COMPOSED BY JOSÉ TORRES NEGRON AND<br>LEOMARY CINTRON SANTIAGO<br>**Plaintiff**<br>Vs.<br>NISSAN FORKLIFT CORPORATION, N.A.<br>**Defendant** | CASE NO: 05-09670 SEK<br><br>CHAPTER 11<br><br>ADV. NO. 06-00105<br><br>A PROCEEDING TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF A LIEN IN ACCORDANCE TO FBR 7001 (2) AND 11 USC § 547 |

**MOTION FOR VOLUNTARY DISMISSAL OF
COMPLAINT AGAINST NISSAN FORKLIFT CORP., N.A.
PURSUANT TO FRBP 7041**

**COME NOW**, Debtors-Plaintiffs in the instant bankruptcy petition under the provisions of Chapter 11 and Plaintiff in this matter, through the undersigned counsel, and respectfully State and Pray as follows:

1. Debtors- Plaintiffs hereby inform the Honorable Court of their decision to voluntarily dismiss the adversary proceeding of captioned filed on May 10, 2006.

2. No answer to the complaint has been filed as of today.

3. Debtors have requested the conversion of their case to Chapter 7 which request is still before the consideration of this Honorable Court.

**WHEREFOR**E, Debtors-Plaintiffs respectfully request to the Honorable Court to grant their request for the dismissal of the adversary proceeding.

**CERTIFICATE OF SERVICE**: I hereby certify that on July 11, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: U.S. Trustee's Office, Nissan Forklift Corporation, N.A., through its attorney of record, Mr. Daniel Molina, Esq., and to Ms. Noreen Wiscovitch Rentas, Esq., Chapter 7 Trustee.

*/s/* ***Madeline Soto Pacheco***
MADELINE SOTO PACHECO, ESQ.
USDC 207910
LUBE & SOTO LAW OFFICES
702 UNION STREET, APT. G-1
CONDOMINIO UNIMAR
SAN JUAN, PUERTO RICO 00907-4202
TEL.: 722-0909 FAX: 977-1709
E-MAIL: lubeysoto@yahoo.com